**Stephen Caruso**
1600 E. Vista Way #85
Vista, CA 92084
(760) 840-1812

Plaintiff, *In Pro Per*

**YU | MOHANDESI LLP**

**Brett B. Goodman** (SBN 260899)
213.375.3543 | bgoodman@yumollp.com
**Tamar G. Ellyin** (SBN 266860)
213.418.9341 | tellyin@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
IC System, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| STEPHEN J. CARUSO, | CASE NO.: 3:18-cv-02363-LAB-BFS |
|---|---|
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| DIVERSIFIED CONSULTANTS, INC.; I.C. SYSTEM, INC.; CREDENCE RESOURCE MANAGEMENT; TRANS UNION, LLC; AND EXPERIAN INFORMATION SYSTEMS., | |
| Defendant. | |

Plaintiff Stephen J. Caruso ("Plaintiff") and Defendant IC System, Inc. (collectively "Parties") hereby jointly provide notice that the parties have reached a settlement of the above-entitled action fully resolving all claims asserted by Plaintiff against IC System, Inc.

The Parties anticipate that the settlement will be finalized within 45 days. Therefore, the Parties will file a Joint Motion to Dismiss the Complaint with prejudice as to IC System, Inc. by May 6, 2019.

Dated: March 21, 2019

*[signature]*
Stephen J. Caruso
Plaintiff *In Pro Per*

Dated: March 21, 2019

YU | MOHANDESI LLP

By */s/ Tamar G. Ellyin*
   Brett B. Goodman
   Tamar G. Ellyin
   Attorneys for Defendant
   IC System, Inc.

## CERTIFICATE OF SERVICE

I certify that on March 22, 2019, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: March 19, 2019         YU | MOHANDESI LLP

By  */s/ Tamar G. Ellyin*
    Brett B. Goodman
    Tamar G. Ellyin
    Attorneys for Defendant
    IC System, Inc.