| | |
|---|---|
| 1 | **Stephen Caruso** |
| 2 | 1600 E. Vista Way #85 |
| 3 | Vista, CA 92084 |
| 4 | (760) 840-1812 |
|   | Plaintiff, *In Pro Per* |
| 5 | **YU | MOHANDESI LLP** |
| 6 | **Brett B. Goodman** (SBN 260899) |
| 7 | 213.375.3543 | bgoodman@yumollp.com |
|   | **Tamar G. Ellyin** (SBN 266860) |
| 8 | 213.418.9341 | tellyin@yumollp.com |
|   | 633 West Fifth Street, Suite 2800 |
| 9 | Los Angeles, CA 90071 |
|   | 213.377.5501 Facsimile |
| 10 | Attorneys for Defendant |
| 11 | IC System, Inc. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. CARUSO, | CASE NO.:  3:18-cv-02363-LAB-BFS |
| Plaintiff, | **JOINT MOTION FOR DISMISSAL OF DEFENDANT IC SYSTEM, INC., WITH PREJUDICE** |
| v. | |
| DIVERSIFIED CONSULTANTS, INC.; I.C. SYSTEM, INC.; CREDENCE RESOURCE MANAGEMENT; TRANS UNION, LLC; AND EXPERIAN INFORMATION SYSTEMS., | |
| Defendant. | |

Plaintiff Stephen J. Caruso ("Plaintiff") and Defendant IC System, Inc. (collectively "Parties") hereby move to dismiss the action, with prejudice, with respect to IC System, Inc. The Parties agree this Court can proceed to dismiss this action with prejudice with respect to IC System, Inc. only, with each party to bear its own fees and costs.

Dated: March 28, 2019

Respectfully submitted,

*[signature]*

Stephen J. Caruso
Plaintiff *In Pro Per*

Dated: March 28, 2019

Respectfully submitted,

By */s/ Tamar G. Ellyin*
Brett B. Goodman
Tamar G. Ellyin
Attorneys for Defendant
IC System, Inc.

## CERTIFICATE OF SERVICE

I certify that on April 26, 2019, a copy of the foregoing was filed and served electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dated: April 26, 2019                    YU | MOHANDESI LLP

By  /s/ *Tamar G. Ellyin*
    Tamar G. Ellyin
    Attorneys for Defendant
    IC System, Inc.