UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. CARUSO,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC., et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 18cv2363-LAB (BGS)<br><br>**ORDER DISMISSING DEFENDANT I.C. SYSTEM, INC.** |

The joint motion (Docket no. 25) to dismiss claims against Defendant I.C. System, Inc. is **GRANTED**. All claims against this Defendant are **DISMISSED WITH PREJUDICE**. The parties shall bear their own costs and fees with respect to these claims.

　　**IT IS SO ORDERED**.

Dated: April 29, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge