Edwin A. Howell (State Bar No. 310740)
ehowell@jonesday.com
JONES DAY
4655 Executive Drive
Suite 1500
San Diego, CA 92121.3134
Telephone: +1.858.314.1200
Facsimile: +1.844.345.3178

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. CARUSO,<br><br>        Plaintiff,<br><br>   v.<br><br>DIVERSIFIED CONSULTANTS, INC., a foreign corporation, identity unknown, I.C. SYSTEM INC., a foreign corporation, identity unknown, CREDENCE RESOURCE MANAGEMENT, a foreign corporation, identity unknown, TRANS UNION LLC, a national credit reporting agency, EXPERIAN INFORMATION SYSTEMS, a national credit reporting agency,<br><br>        Defendants. | Case No. 18-CV-2363 LAB BGS<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

| | | |
|---|---|---|
|1| Please take notice that this matter is settled as to Defendant Experian | |
|2| Information Solutions, Inc. | |
|3| Dated: May 24, 2019 | Respectfully submitted, |
|4| | JONES DAY |
|6| | By: */s/ Edwin A. Howell* |
|7| | Edwin A. Howell |
|8| | Counsel for Defendant EXPERIAN INFORMATION SOLUTIONS, INC., a corporation |
|11| Dated: | Respectfully submitted, |
|12| | By: _____ |
|13| | Stephen Caruso |
|14| | Pro Se Plaintiff |

1 | Please take notice that this matter is settled as to Defendant Experian Information Solutions, Inc.

Dated: May 24, 2019

Respectfully submitted,.

JONES DAY

By: /s/ Edwin A. Howell
    Edwin A. Howell

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC., a corporation

Dated:

Respectfully submitted,

By: _____
    Stephen Caruso

Pro Se Plaintiff