James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
jschultz@sessions.legal
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorneys for Diversified Consultants, Inc. and Credence Resource Management, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. CARUSO,<br><br>         Plaintiff,<br><br>    vs.<br><br>DIVERSIFIED CONSULTANTS, INC., I.C. SYSTEM, INC., CREDENCE RESOURCE MANAGEMENT, TRANS UNION, LLC, AND EXPERIAN INFORMATION SYSTEMS,<br><br>         Defendants. | Case No.: 18-CV-2363 LAB BGS<br><br>JOINT NOTICE OF SETTLEMENT |

Notice is hereby given that this matter has been settled between Plaintiff, Stephen J. Caruso, and Defendants Diversified Consultants, Inc. (DCI) and Credence

Resource Management, LLC (CRM), respectively. The parties anticipate their settlement agreements will be fully executed and the settlement terms will be fully performed within 60 days. The parties will then file a joint motion for dismissal of the action as to DCI and CRM with prejudice.

Dated: 5/24/19

                        */s/Stephen J. Caruso*
                        Stephen J. Caruso
                        Plaintiff, pro se

Dated: 5/24/19         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                        */s/Debbie P. Kirkpatrick*
                        Debbie P. Kirkpatrick
                        Attorney for Defendants
                        Diversified Consultants, Inc. and
                        Credence Resource Management, LLC

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Stephen J. Caruso, Plaintiff pro se, and that I have obtained Mr. Caruso's approval of his electronic signature to this document.

Dated: 5/24/19         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                        */s/Debbie P. Kirkpatrick*
                        Debbie P. Kirkpatrick
                        Attorney for Defendants
                        Diversified Consultants, Inc. and
                        Credence Resource Management, LLC