Joseph J. Kagan, Bar No. 306534
kaganj@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
Telephone: (619) 236-1551
Facsimile: (619) 696-1410

Attorneys for TRANS UNION LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. CARUSO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC., I.C. SYSTEM INC., CREDENCE RESOURCE MANAGEMENT, TRANS UNION, LLC, and EXPERIAN INFORMATION SYSTEMS,<br><br>　　　　Defendants. | Case No. 3:18-cv-02363-LAB-BGS<br><br>**DEFENDANT TRANS UNION LLC'S NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>DATE: July 8, 2019<br>TIME: 11:15 a.m.<br>COURTROOM: 14A<br>Hon. Larry A. Burns |

TO ALL PARTIES AND TO THEIR ATTORNEY OF RECORD:

　　PLEASE TAKE NOTICE THAT the motion of Defendant Trans Union LLC to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is set for hearing on July 8, 2019, at 11:15 a.m. or soon thereafter as the matter may be heard in Courtroom 14A of the above entitled Court located at 333 West Broadway, San Diego, CA 92101. Trans Union's motion will be based on this Notice of Motion, the attached Memorandum of Points and Authorities, the pleadings and

papers on file herein, and such further argument and evidence as may be presented at the hearing of the motion.

DATED: May 28, 2019

HIGGS FLETCHER & MACK LLP

By: */s/ Joseph J. Kagan*
    Joseph J. Kagan
    Attorney for TRANS UNION LLC

9081567.1

2