James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:   619/296-2013
jschultz@sessions.legal
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorneys for Diversified Consultants, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. CARUSO, | Case No.  18-CV-2363 LAB BGS |
| Plaintiff, | |
| vs. | JOINT MOTION TO DISMISS |
| DIVERSIFIED CONSULTANTS, INC., I.C. SYSTEM, INC., CREDENCE RESOURCE MANAGEMENT, TRANS UNION, LLC, AND EXPERIAN INFORMATION SYSTEMS, | |
| Defendants. | |

Plaintiff Stephen J. Caruso and Defendant Diversified Consultants, Inc. ("DCI"), by and through undersigned counsel and pursuant to Federal Rules of Civil

Procedure, Rule 41(a)(1)(A)(ii), hereby jointly move for dismissal of this action as to DCI with prejudice.  Each party is to bear its own costs and fees.

Dated: 7/8/19

/s/ Stephen J. Caruso
Stephen J. Caruso
Plaintiff, Pro Se

Dated: 7/8/19

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
*/s/ Debbie P. Kirkpatrick*
Debbie P. Kirkpatrick
Attorney for Defendant
Diversified Consultants, Inc.