UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

STEPHEN J. CARUSO,

Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC., et al.,

Defendants.

Case No.:  18cv2363-LAB (BGS)

**ORDER DISMISSING CLAIMS AGAINST DEFENDANT TRANS UNION LLC**

On May 28, 2019, Defendant Trans Union LLC filed a motion to dismiss all claims against it with prejudice. When Plaintiff Stephen Caruso, who is proceeding *pro se*, failed to file an opposition, the Court vacated the hearing on the motion and ordered Caruso to show cause why the motion should not be granted.  (Docket no. 34.)  The Court's order pointed out that his failure to oppose the motion could be construed as his consent to its being granted. It also warned him that if he failed to show cause as ordered, his claims against Trans Union could be dismissed with prejudice without further notice to him.  *See* Civil Local Rule 7.1(f)(3)(c).  Caruso also had notice in the form of a filing from Trans Union pointing out that he had failed to oppose the motion, and asking the Court to treat the motion as unopposed. (Docket no. 33.)  Caruso has not filed anything.

1

The Court has weighted the five factors set forth in *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) and finds that they are all either neutral, or weigh in favor of granting the motion.  Caruso has settled with all remaining Defendants, although they have not yet been dismissed. So the most likely explanation is that he does not wish to pursue claims against Trans Union either. Allowing these claims to linger on the docket needlessly goes against the public's interest in expeditious resolution of litigation and the Court's need to manage its docket (*Ghazali* factors 1 and 2).  There is no apparent risk of prejudice to any of the Defendants (factor 3).  While public policy favors disposition of cases on the merits (factor 4), Caruso's failure to litigate makes it impractical to do so.  Finally, the only less drastic sanction (factor 6) would be to dismiss the claims without prejudice. But allowing the same claims to be re-raised in some future action is both inefficient and unduly burdensome on Trans Union.

The Court construes his failure to oppose the motion, and his failure to respond to the order to show cause, as his consent to the motion's being granted. Trans Union's motion to dismiss (Docket no. 30) is **GRANTED**, and all claims against Trans Union are **DISMISSED WITH PREJUDICE**.

   **IT IS SO ORDERED**.

Dated:  July 9, 2019

Hon. Larry Alan Burns
Chief United States District Judge

18cv2363-LAB (BGS)