UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. CARUSO,<br><br>                    Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC., et al.,<br><br>                    Defendants. | Case No.: 18cv2363-LAB (BGS)<br><br>**ORDER DISMISSING CLAIMS AGAINST DEFENDANT DIVERSIFIED CONSULTANTS, INC.** |

The joint motion to dismiss claims against Defendant Diversified Consultants, Inc. (Docket no. 35) is **GRANTED**. These claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: July 11, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge

1