James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
jschultz@sessions.legal
dkirkpatrick@sessions.legal

Attorney for Credence Resource Management, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. CARUSO,<br><br>          Plaintiff,<br>  vs.<br><br>DIVERSIFIED CONSULTANTS, INC., I.C. SYSTEM, INC., CREDENCE RESOURCE MANAGEMENT, TRANS UNION, LLC, AND EXPERIAN INFORMATION SYSTEMS,<br><br>          Defendants. | Case No.: 18-CV-2363 LAB BGS<br><br>JOINT MOTION TO DISMISS |

Plaintiff Stephen J. Caruso and Defendants Credence Resource Management, LLC, and Experian Information Solutions, Inc., by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), hereby

jointly move for dismissal of this action in its entirety with prejudice. Each party is to bear its own costs and fees.

Dated:

*Stephen J. Caruso*
Stephen J. Caruso
Plaintiff, Pro Se

Dated: 7/31/19               JONES DAY

*/s/ Edwin A. Howell*
Edwin A. Howell
Attorney for Defendant
Experian Information Solutions, Inc.

Dated: 7/31/19               SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/ Debbie P. Kirkpatrick*
Debbie P. Kirkpatrick
Attorney for Defendant
Credence Resource Management, LLC

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Edwin A. Howell, counsel for Defendant Experian Information Solutions, Inc., and that I have obtained Mr. Howell's approval of his electronic signature to this document.

Dated: 7/31/19               SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/ Debbie P. Kirkpatrick*
Debbie P. Kirkpatrick
Attorney for Defendant
Credence Resource Management, LLC

Joint Motion to Dismiss